```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOUNGJOO RHEE,

          Plaintiff,

          -v-

SANTE VENTURES,

          Defendant.
------------------------------------------------------------------X

21-cv-4283 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 2, 2021, the Court granted Plaintiff leave to file a Third Amended Complaint. Plaintiff is directed to file such Third Amended Complaint no later than December 10, 2021. The Clerk of Court is respectfully directed to lift the stay imposed on July 19, 2021.

SO ORDERED.

Dated: November 19, 2021
       New York, New York

                              LEWIS J. LIMAN
                           United States District Judge