UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YOUNGJOO RHEE, :
:
:
Plaintiff, :
: 21-cv-4283 (LJL)
-v- :
: ORDER
:
SHVMS, LLC, d/b/a SANTÉ VENTURES, :
:
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    There is a pending motion for summary judgment in this case. *See* Dkt. No. 75. The Court will hold oral argument on the motion on May 4, 2023, at 11:00 a.m. in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: March 28, 2023
       New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2023