UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
YOUNGJOO RHEE,                                    :
:
:
Plaintiff,       :
:      21-cv-04283 (LJL)
-v-                          :
:           ORDER
:
SANTE VENTURES,                                   :
:
Defendant.       :
:
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2023

LEWIS J. LIMAN, United States District Judge:

During deliberations of the jury yesterday, September 21, 2023, the following portions of the trial transcript were read to the jury as responsive to juror note 2:  Pgs. 39:5-6, 59:1-9, 106:22-107:3, 161:8-162:6, 163:13-164:13, 170:10-16, and 184:23-185:12.

The following portions of the trial transcript were read to the jury as responsive to juror note 3: Pgs. 165:4-24, 169:6-9, 175:10-18, 197:5-199:15, 221:15-224:1, 234:16-25, 235:1-25, 239:12-25, and 240:1-242:3.

SO ORDERED.

Dated: September 22, 2023
       New York, New York

_____
                    LEWIS J. LIMAN
                    United States District Judge