**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YOUNGJOO RHEE,

                Plaintiff,                              21 **CIVIL** 4283 (LJL)

     -against-                                      **JUDGMENT**

SHVMS, LLC, D/B/A SANTE VENTURES,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis J. Liman, United States District Judge, Plaintiff Youngjoo Rhee have judgment in the sum of $1,500,000.00 as against defendant SHVMS, LLC d/b/a Sante Ventures.

**DATED:** New York, New York
             October 2, 2023

                                                      **RUBY J. KRAJICK**

**So Ordered:**                                          Clerk of Court

                                                   **BY:**   K. Mango

    **U.S.D.J.**                                                **Deputy Clerk**