USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOUNGJOO RHEE,

                    Plaintiff,

      -v-

SHVMS, LLC, d/b/a SANTÉ VENTURES,

                    Defendant.
------------------------------------------------------------------X

21-cv-4283 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On June 18, 2024, in anticipation of the upcoming retrial on damages, the Court circulated a final version of the voir dire script as well as draft versions of the jury instructions and verdict form. The parties shall raise any objections to the draft jury instructions and verdict form immediately before jury selection on June 26, 2024.

SO ORDERED.

Dated: June 18, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge