UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNGJOO RHEE, § § *Plaintiff*, § § v. § § § SHVMS, LLC, D/B/A SANTÉ § VENTURES, § § *Defendant*. § | Case No. 1:21-cv-04283 |

ORDER TO
AMEND JUDGMENT PURSUANT TO RULE 59(e) TO
INCLUDE PREJUDGMENT INTEREST

Plaintiff has calculated interest in accordance with Court's directive in the October 28, 2024 Order at ECF 201 which detailed the quarterly installment due dates. Interest is calculated based on the dates payments were due and unpaid by Defendant thereby requiring the imposition of interest on each of those dates, beginning with July 31, 2019 which is the end of the calendar quarter in which PSERS's dual fund commitment was executed on May 28, 2019. *See* ECF 201.

WHEREFORE, this Court orders a judgment in the amount of $1,200,000, plus $395,944.52 in pre-judgment interest, for a total judgment of $1,595,944.52.

Dated: November 7, 2024

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

## CERTIFICATE OF SERVICE

      I, James L. Koutoulas, certify under penalties of perjury that I caused a copy of Plaintiff's Motion to Amend Judgment Pursuant to Rule 59(e) to Include Prejudgment Interest to be filed electronically via the Court's CM/ECF System on November 4, 2024, and served via the Court's electronic filing system upon counsel of record:

Patrick S. Richter
Rigby Slack Lawrence Berger Akin Pepper & Comerford PLLC

Ryan Sestack
Gordon & Rees

                                                                       /s/ James L. Koutoulas