```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
YOUNGJOO RHEE,                                                     :
:
:
Plaintiff,                                :
:          21-cv-4283 (LJL)
-v-                                       :
:              ORDER
:
SHVMS, LLC, d/b/a SANTÉ VENTURES,                                  :
:
Defendant.                                :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The motion for approval of security and to stay execution of judgment pending appeal is granted and the proposed irrevocable standby letter of credit is approved pursuant to Federal Rule of Civil Procedure 62(b).

      SO ORDERED.

Dated: January 2, 2025
       New York, New York
                                                    LEWIS J. LIMAN
                                             United States District Judge